IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARRMON H. DAUGHERTY, | ) | 4:10CV3111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF LINCOLN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Enlargement of Time. (Filing No. 8.) In his Motion, Plaintiff requests an extension of time in which to pay his initial partial filing fee. (*Id.* at CM/ECF p. 1.) However, at the time Plaintiff filed this Motion, he had already paid his initial partial filing fee. As such, Plaintiff's Motion is denied as moot.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Enlargement of Time (filing no. 8) is denied as moot.

DATED this 27th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.