IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARRMON H. DAUGHERTY, | ) | 4:10CV3111 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF LINCOLN, et al., | ) | |
| Defendants. | ) | |

    This matter is before the court on Defendants' Motion for Protective Order (Filing No. 60). In Defendants' Motion, Defendants ask the Court to stay all discovery proceedings pursuant to Federal Rule of Civil Procedure 26(c). However, the court's Local Rules exempt pro se cases (such as this one) from the requirements of Federal Rule of Civil Procedure 26. *See* NECivR 16.1(c). In pro se cases, "[a]pproximately 30 days after the last defendant files an answer, the court issues a progression order addressing discovery and other issues. *No discovery may take place until this progression order is entered except upon motion and order*." *Id.* (emphasis added). The court has not entered a progression order in this matter. (*See* Docket Sheet.) Thus, in accordance with the court's Local Rules, no discovery may take place at this time and no protective order is necessary.

    IT IS THEREFORE ORDERED that: Defendants' Motion for Protective Order (Filing No. 60) is denied. Defendants need not respond to Plaintiff's discovery requests. If a progression order is later entered in this matter, Plaintiff will be required to re-serve his discovery requests in accordance with that progression order.

    DATED this 22nd day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.