IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARRMON H. DAUGHERTY, | ) | 4:10CV3111 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF LINCOLN, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Motion to Withdraw Document Regarding Notice of Appeal." (Filing No. 71.) Plaintiff filed a Notice of Appeal in this matter on April 30, 2012. (Filing No. 67.) He now seeks to withdraw his notice of appeal. (Filing No. 71.) To date, the court has not processed Plaintiff's appeal because it is awaiting receipt of Plaintiff's trust account statement from his institution of incarceration. (*See* Docket Sheet.) For good cause shown, the court will grant Plaintiff's Motion and no appellate filing fee will be assessed.

IT IS THEREFORE ORDERED that: Plaintiff's "Motion to Withdraw Document Regarding Notice of Appeal" (Filing No. 71) is granted. Plaintiff's appeal is dismissed, and the clerk's office shall not process the appeal to the Eighth Circuit Court of Appeals.

DATED this 12th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.